**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA LUISA VALVERDE-ESCALANTE, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 09-71182 <br><br> Agency No. A097-428-426 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2011[**]

Before:      B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

Maria Luisa Valverde-Escalante, a native and citizen of Mexico, petitions

pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing

her appeal from an immigration judge's ("IJ") removal order. We have jurisdiction

under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

for a continuance, *Sandoval-Luna v. Mukasey*, 526 F.3d 1243, 1246 (9th Cir. 2008), and we deny the petition for review.

The agency did not abuse its discretion by denying Valverde-Escalante's motion for a continuance. *See id.* at 1247.

To the extent that the IJ erred by not articulating his reasons for denying the motion, this error was rendered harmless by the BIA's subsequent consideration of the issue in conducting its de novo review. *See Ghaly v. INS*, 58 F.3d 1425, 1430 (9th Cir. 1995).

**PETITION FOR REVIEW DENIED.**